Case 3:05-cv-00091-WAP-JAD   Document 7   Filed 08/03/2005   Page 1 of 1

Doc. 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SCOTTY BIRMINGHAM,**     **PLAINTIFF**

**V.**     **NO. 3:05CV091-P-D**

**S. McKINNEY, ET AL,**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 3rd day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE